# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JERMAINE ANTWANE BROWN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0303

———————————————

April 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Jermaine Antwane Brown, Jr., pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.